Harway Improvement Company, Respondent, v. Hugh R. Partridge, Defendant. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Petition of Joseph W. Huestis and Others to Obtain a Certain Award in Condemnation Proceedings, etc.— Motion to appoint referee granted, and Ralph E. Hemstreet, who was heretofore appointed by the Special Term, appointed such referee. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of the Nassau County Bar Association to Disbar an Attorney. Jacob L. Kornicker, Respondent.— It appearing that the respondent has been convicted of the crime of grand larceny in the second degree, the motion to disbar said attorney is granted, and his name is ordered stricken from the roll of attorneys and counselors at law. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

In the Matter of the Application for Letters of Guardianship of the Person and Property of Joel Wolfe Thorne, Jr., an Infant under the Age of Fourteen Years.— Motion for stay granted by default. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ. Settle order on notice.

Robert J. Jones, etc., Respondent, v. Delmer D. Martin, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

Louis Bossert & Sons, Inc., Respondent, v. Roman A. Lunkiewicz and Another, Appellants.— Motion to dismiss appeal granted for failure to comply with rule 12 of the rules of this court.* Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

John P. Marto, an Infant, by Susie Marto, His Guardian ad Litem, Respondent, v. Frederick Ambrose Clark, Appellant, and Another, Defendant.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

Bessie Mutterperl, Respondent, v. Alice M. White and Others, Defendants, Impleaded with L. M. Berkeley, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for Monday, June 1, 1925 (for which date the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

Nassau Electric Railroad Company and Another, Respondents, v. The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Kelby and Kapper, JJ.

* See App. Div. Rules, 2d Dept., rule 12.— [Rep.